BARNHILL ET AL., APPELLANTS, *v.* CITY OF HAMILTON, APPELLEE.

[Cite as *Barnhill v. Hamilton,* 100 Ohio St.3d 66, 2003-Ohio-5029.]

(No. 2002–1575—Submitted September 17, 2003—Decided October 8, 2003.)

{¶ 1} The judgment of the court of appeals on Proposition of Law No. I is affirmed on the authority of *Armstrong v. Best Buy Co., Inc.,* 99 Ohio St.3d 79, 2003-Ohio-2573, 788 N.E.2d 1088.

{¶ 2} Proposition of Law No. II is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

PFEIFER, J., dissents.

O'Connor, Acciari & Levy, L.L.C., Barry D. Levy and Michael D. Weisensel, for appellants.

Rendigs, Fry, Kiely & Dennis, L.L.P., Wilson G. Weisenfelder Jr. and Laura I. Munson, for appellee.